**Andrew PILEGGI, Appellant,**

v.

**MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES, Respondent.**

**WD 80139**

Missouri Court of Appeals,
Western District.

ORDER FILED: April 11, 2017

Thomas E. Hankins, Gladstone, MO, Attorney for Appellant.

Joshua D. Hawley, Attorney General, Ross Keeling, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division Two: Thomas H. Newton, Presiding Judge, and James Edward Welsh and Karen King Mitchell, Judges

**Order**

Per Curiam:

Andrew Pileggi appeals a judgment of the Clay County Circuit Court affirming an administrative Decision and Order upholding a decision of the Missouri Department of Health and Senior Services to place Pileggi's name on the employee disqualification list, based on a finding that Pileggi neglected a patient when he discharged her from a skilled nursing facility. Pileggi claims that the finding of neglect involved a misapplication of the law to the facts, was not supported by competent and substantial evidence, and was unreason-

able. Finding no error, we affirm. Rule 84.16(b).